UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

In Re:

**Reginald Cammack & Christine Christy**,
            Debtors

Case Number:    17-32477

Judge:    Jerrold N. Poslusny Jr.

Chapter:    13

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

We, Reginald Cammack and Christine Christy, upon my oath accordingly to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on January 17, 2018.

2. The above named Debtor(s) has / have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has / have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:   12-7-17                     /s/ Reginald Cammack
                                                             Signature of Debtor

DATED:   12-7-17                     /s/ Christine Christy
                                                            Signature of Debtor