**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Chapter:     13
Case No:     1732477

In re:       REGINALD L. CAMMACK
             CHRISTINE A. CHRISTY

Account Number:  1818

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 5 filed on or about 01/22/2018 in the amount of $4,067.13 .

On this 2/7/2019.

By:    /s/ George S. Grammer
       George S. Grammer, Bankruptcy Representative
       PRA Receivables Management, LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@portfoliorecovery.com