Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 17-32477 (JNP)**

Reginald L. Cammack and Christine A. Christy  
320 Berlin Road  
Clementon, NJ  08021

Monthly Payment: $286.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2020 | $286.00 | 03/02/2020 | $286.00 | 03/31/2020 | $286.00 | 04/29/2020 | $286.00 |
| 06/01/2020 | $286.00 | 07/02/2020 | $286.00 | 08/04/2020 | $286.00 | 08/31/2020 | $286.00 |
| 09/30/2020 | $286.00 | 11/02/2020 | $286.00 | 11/30/2020 | $286.00 | 12/29/2020 | $286.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | REGINALD L. CAMMACK | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,199.00 | $3,199.00 | $0.00 | $158.70 |
| 1 | ALLIEDINTERSTATE LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAP1/ KAWAS | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $4,575.46 | $582.24 | $3,993.22 | $75.44 |
| 5 | CAPITAL ONE BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,982.43 | $634.03 | $4,348.40 | $82.15 |
| 8 | LVNV FUNDING, LLC | 33 | $805.15 | $102.46 | $702.69 | $13.28 |
| 9 | DISCOVER BANK | 33 | $9,340.49 | $1,188.59 | $8,151.90 | $154.00 |
| 10 | HAYT, HAYT & LANDAU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SELECT PORTFOLIO SERVICING, INC. | 24 | $450.75 | $450.75 | $0.00 | $450.75 |
| 13 | SOLAR CITY CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $2,686.68 | $341.89 | $2,344.79 | $44.30 |
| 15 | TD BANK, N.A. | 33 | $4,856.05 | $617.95 | $4,238.10 | $80.07 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | WELLS FARGO BANK, N.A. | 24 | $2,071.52 | $2,071.52 | $0.00 | $3,295.53 |
| 18 | CHRISTINE A. CHRISTY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | APEX ASSET MANAGEMENT, LLC | 33 | $1,306.00 | $166.19 | $1,139.81 | $21.53 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 12/01/2017 | 1.00 | $0.00 |
| 01/01/2018 | Paid to Date | $440.00 |
| 02/01/2018 | 58.00 | $286.00 |
| 12/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,432.00 |
| Total paid to creditors this period: | $4,375.75 |
| Undistributed Funds on Hand: | $523.96 |
| Arrearages: | ($286.00) |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**